**Order entered September 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00450-CV

## IN THE INTEREST OF M.T., A CHILD

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-19981-S**

## ORDER

Appellee's second motion for extension of time to file its brief is **GRANTED**, and the appellee's brief received on September 1, 2020, is **ORDERED** filed as of the date of this order.

/s/    LANA MYERS
PRESIDING JUSTICE